# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **RAYMOND JAMES & ASSOCIATES, INC., et al.**, | ) Case No. 1:25-cv-10 |
| Plaintiffs, | ) Judge Matthew W. McFarland |
| v. | ) |
| **PAUL T. SABA, JR.**, | ) **STIPULATED EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE PLEAD AND CONSENT TO EXTENSION OF TEMPORARY RESTRAINING ORDER** |
| Defendant. | ) |

Pursuant to Local Rule 6.1(a), Defendant Paul T. Saba, Jr. and Plaintiffs Raymond James & Associates, Inc., Timothy VanBenthuysen, and Richard Redvanly hereby stipulate that Defendant shall have an extension of 21 days, to and including March 6, 2025, to move, answer, or otherwise plead in response to Plaintiffs' Complaint. Defendant has not sought or received any prior extensions.

Pursuant to Fed. R. Civ. P. 65(b)(2), the parties hereby consent to an extension of the temporary restraining order issued by the Court on January 17, 2025, until March 6, 2025. The parties reserve and do not waive their respective rights and remedies, and nothing in this stipulation shall constitute or be treated as an admission by any party, including an admission of any liability, wrongdoing, or violation of the law.

SO STIPULATED:

| | |
|---|---|
| /s/ *Ian D. Mitchell (per authorization)* | /s/ *Dominick S. Gerace* |
| Ian D. Mitchell (0090643) | Dominick S. Gerace (0082823) |
| Andy J. Dorman (0063410) | Ralph W. Kohnen (0034418) |
| Reminger Co., LPA | Kenneth A. Foisy (0095904) |
| 525 Vine St., Suite 1500 | TAFT STETTINIUS & HOLLISTER LLP |
| Cincinnati, Ohio 45202 | 425 Walnut Street, Suite 1800 |
| Phone: (513) 721-1311 | Cincinnati, Ohio 45202 |
| Fax: (513) 721-2553 | Phone: (513) 381-2838 |
| IMitchell@reminger.com | Fax: (513) 381-0205 |

| | |
|---|---|
| ADorman@reminger.com | dgerace@taftlaw.com |
| | kohnen@taftlaw.com |
| *Trial Attorneys for Plaintiff* | kfoisy@taftlaw.com |
| | |
| | *Trial Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed on this 6th day of February, 2025, via the Court's CM/ECF system, which will serve all counsel of record electronically.

*/s/ Dominick S. Gerace*