UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **RAYMOND JAMES & ASSOCIATES, INC., et al.** | ) ) ) | **Case No.: 1:25-CV-00010-MWM** |
| **Plaintiffs,** | ) ) ) | **JUDGE MATTHEW W. MCFARLAND** |
| vs. | ) ) ) | |
| **PAUL T. SABA, JR.,** | ) ) ) | **PLAINTIFFS' STATUS REPORT** |
| **Defendant.** | ) ) ) | |

Pursuant to this Court's February 3, 2025 Order, now come the Plaintiffs Raymond James & Associates, Inc., Timothy VanBethuysen, and Richard Redvanly ("Plaintiffs") and hereby submit their status report to the Court on previously outstanding matters.

On January 23, 2025, the undersigned attorney was contacted by attorney Dominick S. Gerace of Taft Stettinius & Hollister LLP. Mr. Gerace indicated that he has been retained to represent the Defendant in this matter and agreed to accept service of the Verified Complaint and Motion for Temporary Restraining Order and Preliminary Injunction on behalf of his client. On February 6, 2025, Mr. Gerace and attorneys Ralph W. Kohnen and Kenneth A. Foisy entered their Notices of Appearance as counsel for Defendant. (Doc. ## 10, 11, and 12).

Also on February 6, 2025, Plaintiff filed his Stipulation of Extension of Time in Which to Answer, Move, or Otherwise Plead and Consent to Extension of Temporary Restraining Order. (Doc. # 13). The Court reset those deadlines on the same date. The parties anticipate

1

contacting the Court's chambers to request a status conference for some time next week, subject to the Court's availability.

                                            Respectfully submitted,

                                            /s/ ***Ian D. Mitchell***
Ian D. Mitchell, Esq. (0090643)
Andy J. Dorman, Esq. (0063410)
REMINGER CO., LPA
525 Vine St., Suite 1500
Cincinnati, OH 45202
T: 513-721-1311
F: 513-721-2553
E-mail: IMitchell@reminger.com
       ADorman@reminger.com
***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically filed this 7th day of February, 2025 through the Court's CM/ECF system. Notice of filing will be automatically sent to all counsel (and their designees) who have entered their appearance of record and who are registered with this Court's CM/ECF system. Such notice constitutes service by rule. In addition, I also hereby certify that the foregoing will be served electronically (via email) to all other counsel of record who will not receive notice of this filing through the CM/ECF system, including:

Dominick S. Gerace
Ralph W. Kohnen
Kenneth A. Foisy
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
dgerace@taftlaw.com
kohnen@taftlaw.com
kfoisy@taftlaw.com

                                                   /s/ ***Ian D. Mitchell***
                                                   Ian D. Mitchell (0090643)