UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF OHIO

RAYMOND JAMES & ASSOCIATES, INC., ET AL

    PLAINTIFF(S)

VS.

PAUL T. SABA, JR.

    DEFENDANT(S)

CASE# 1:25-CV-00010

**AFFIDAVIT OF SERVICE**

STATE OF OHIO     )
    ) SS.
COUNTY OF HAMILTON     )

TO:     PAUL T. SABA, JR.
6708 MIAMI AVENUE
CINCINNATI, OH 45243

_Brittian Daudelin_ PERSONALLY APPEARED BEFORE ME, WHO BEING FIRST DULY SWORN, SAYS THAT HE SERVED A COPY OF THE **SUMMONS; MOTION FOR TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION, VERIFIED COMPLAINT, CERTIFICATION** UPON THE ABOVE-NAMED PARTY ON THE _14th_ DAY OF _January_, 20_25_, AT APPROXIMATELY _6:10_ _P_. M.

( ) BY DELIVERING TO AND LEAVING WITH THE NOTICED PARTY PERSONALLY;

( ) BY DELIVERING TO AND LEAVING WITH _____, A PERSON OF DISCRETION RESIDING AT THE RESIDENCE OF THE SAID NOTICED PARTY;

( ) BY DELIVERING AND LEAVING WITH _____, THE REGISTERED AGENT FOR THE NOTICED PARTY;

( ) BY DELIVERING AND LEAVING WITH NAME:_____ POSITION:_____ AN EMPLOYEE OF THE BUSINESS LISTED FOR THE NOTICED PARTY, AUTHORIZED TO ACCEPT SERVICE.

( ) BY **POSTING** A COPY OF SAID ABOVE REFERENCED DOCUMENTS AT/WITH _____ ON THE _____ DAY OF _____, 20___, AT APPROXIMATELY _____ __M.

(✓) SERVICE NOT OBTAINED (PLEASE SEE NOTES BELOW)

(NOTES) No Answer at door of townhome, window above garage opened and subject's father appeared. He stated the subject was not there nor will he be and that he was in the hospital. He further stated he was not going to accept the documents and I could not leave them there with anyone. He refused to come down to the door.

( ) DESCRIPTION:
- SEX: ___ MALE ___ FEMALE
- SKIN: ___ WHITE ___ BLACK ___ YELLOW ___ BROWN ___ RED
- HAIR: ___ BLACK ___ BROWN ___ BLONDE ___ GRAY ___ RED ___ BALD
- AGE: ___ 16-20 ___ 21-35 ___ 36-50 ___ 51-65 ___ 65+
- HEIGHT: ___ UNDER 5' ___ 5'-5'3" ___ 5'4"-5'8" ___ 5'9"-6' ___ 6'+
- WEIGHT: ___ <100LBS ___ 100-130 ___ 131-160 ___ 161-200 ___ >200LBS

_Brittian Daudelin_
PROCESS SERVER
LITIGATION SUPPORT SERVICES
11811 MASON MONTGOMERY RD.
CINCINNATI, OHIO 45249

SWORN TO BEFORE ME THIS _15th_ DAY OF _January_, 20_25_.

_____
OH/KY NOTARY PUBLIC · COMM. EXP.: _6/17/25_