# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **RAYMOND JAMES & ASSOCIATES, INC.**, et al., | Case No. 1:25-cv-10 |
| Plaintiffs, | Judge Matthew W. McFarland |
| v. | |
| **PAUL T. SABA, JR.**, | **STIPULATED EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE PLEAD AND CONSENT TO EXTENSION OF TEMPORARY RESTRAINING ORDER** |
| Defendant. | |

Following this Court's instruction during the February 26, 2025 Status Conference, Defendant Paul T. Saba, Jr. and Plaintiffs Raymond James & Associates, Inc., Timothy VanBenthuysen, and Richard Redvanly hereby stipulate that Defendant shall have an extension of 42 days, to and including April 17, 2025, to move, answer, or otherwise plead in response to Plaintiffs' Complaint.

Pursuant to Fed. R. Civ. P. 65(b)(2), the parties hereby consent to an extension of the temporary restraining order issued by the Court on January 17, 2025, until April 17, 2025. The parties reserve and do not waive their respective rights and remedies, and nothing in this stipulation shall constitute or be treated as an admission by any party, including an admission of any liability, wrongdoing, or violation of the law.

SO STIPULATED:

| | |
|---|---|
| /s/ *Ian D. Mitchell* | /s/ *Dominick S. Gerace* |
| Ian D. Mitchell (0090643) | Dominick S. Gerace (0082823) |
| Andy J. Dorman (0063410) | Ralph W. Kohnen (0034418) |
| Reminger Co., LPA | Kenneth A. Foisy (0095904) |
| 525 Vine St., Suite 1500 | TAFT STETTINIUS & HOLLISTER LLP |
| Cincinnati, Ohio 45202 | 425 Walnut Street, Suite 1800 |
| Phone: (513) 721-1311 | Cincinnati, Ohio 45202 |
| Fax: (513) 721-2553 | Phone: (513) 381-2838 |
| IMitchell@reminger.com | Fax: (513) 381-0205 |

ADorman@reminger.com

*Trial Attorneys for Plaintiff*

dgerace@taftlaw.com
kohnen@taftlaw.com
kfoisy@taftlaw.com

*Trial Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed on this 5th day of March, 2025, via the Court's CM/ECF system, which will serve all counsel of record electronically.

<em>/s/ Dominick S. Gerace</em>