# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| RAYMOND JAMES & ASSOCIATES, INC., et al., | : | Case No. 1:25-cv-10 |
| | : | |
| | : | Judge Matthew W. McFarland |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PAUL T. SABA, JR., | : | |
| | : | |
| Defendant. | : | |

This matter is before the Court on the upcoming expiration of its Order Granting in Part Plaintiffs' Motion for Temporary Restraining Order (Doc. #9), originally issued on January 17, 2025, and extended multiple times by agreement of the parties. Plaintiffs Raymond James & Associates, Inc. ("Raymond James"), Timothy VanBenthuysen, and Richard Redvanly (hereinafter, collectively, "Plaintiffs") initially filed their Motion for Temporary Restraining Order and Preliminary Injunction under Rule of Civil Procedure 65 (Doc. #4) on January 13, 2025.

Plaintiffs and Defendant Paul T. Saba, Jr. have agreed to the terms of this Order for a preliminary injunction, and the Court concurs. The terms discussed herein were reached through compromise negotiations between the parties in the interest of judicial efficiency. In agreeing to this order, the parties reserve and do not waive their respective rights and remedies, and nothing in this agreed order shall

constitute or be treated as an adjudication on the merits of any issue of law or as a finding of fact, nor constitute an admission or waiver by any party of any allegation in the Complaint, liability, wrongdoing, violation of law, defense, or privilege.

Therefore, it is **ORDERED, ADJUDGED** and **DECREED** that a preliminary injunction is entered against Defendant as follows:

1. Defendant is **ENJOINED** from creating new email accounts in furtherance of the Campaign[1]

2. Defendant is **ENJOINED** from accessing existing email accounts previously mentioned in this matter in furtherance of the Campaign;

3. Defendant is **ENJOINED** from knowingly and intentionally: (1) coming within 100 yards of (a) Plaintiffs VanBenthuysen and Redvanly, and (b) the personal residences of Plaintiffs VanBenthuysen and Redvanly; and (2) entering any parking lot for a Raymond James office or entering any building where a Raymond James office is located;

4. Defendant is **ENJOINED** from using any electronic device to delete or otherwise access the following: (a) any electronic files concerning Plaintiffs; or (b) any email account used to transmit emails concerning Plaintiffs or any of their significant others.

---

[1] "Campaign" is defined herein as the "cyber-harassment campaign" alleged by Plaintiffs in paragraph 2 of the Complaint. The use of that term herein does not constitute an admission by Mr. Saba regarding any allegation in the Complaint, an adjudication by the Court on the merits of Plaintiffs' claims, or a finding of fact by the Court.

It is further ordered that no bond is necessary.

SO ORDERED this 27th day of May, 2025.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND

SO AGREED:

/s/ Ian D. Mitchell (per auth.)
Ian D. Mitchell (0090643)
Andy J. Dorman (0063410)
Reminger Co., LPA
525 Vine St., Suite 1500
Cincinnati, Ohio 45202
Phone: (513) 721-1311
Fax: (513) 721-2553
IMitchell@reminger.com
ADorman@reminger.com

*Trial Attorneys for Plaintiff*

/s/ Dominick S. Gerace
Dominick S. Gerace (0082823)
Ralph W. Kohnen (0034418)
Kenneth A. Foisy (0095904)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
dgerace@taftlaw.com
kohnen@taftlaw.com
kfoisy@taftlaw.com

*Trial Attorneys for Defendant*